UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KE HAN,

    Plaintiff,

    v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,

    Defendants.
_____/

No. C 06-4576 PJH

**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE**

On August 9, 2006, the court issued an Order to Show Cause in connection with plaintiff's Petition for Hearing on Naturalization Application. Pursuant to the terms of that order, plaintiff was instructed to serve the summons and complaint on defendants, and the parties were further ordered to appear for a hearing on September 27, 2006, and to comply with the briefing schedule set forth in the order.

While plaintiff has duly filed an executed summons with the court demonstrating service of plaintiff's petition on defendants, it is unclear from the court's review of the docket whether defendants have been given notice of the court's Order to Show Cause, and the corresponding hearing date and briefing schedule set forth therein. Accordingly, in order to ensure that defendants are given adequate notice and opportunity to be heard, the court hereby CONTINUES the hearing on the order to show cause until **October 18, 2006**, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Defendants are ORDERED to file and serve any opposition no later than September 27, 2006, and plaintiff shall file and serve any reply to defendants' opposition no later than October 4, 2006.

Plaintiff is further ORDERED to serve a copy of this order continuing the hearing

date upon all defendants, within 5 days of receipt of this order. Plaintiff shall file a proof of service with the court as soon as service is made, confirming that defendants have been served with the order.

**IT IS SO ORDERED.**

Dated: September 8, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge